UNITED STATES DISTRICT COURT
Northern District of New York

Gary L. Bradshaw,

    Plaintiff,

v().

Prudential Insurance Company of America, and V.I.P. Structures, Inc.

    Defendants

Civil action no.: **5:15-cv-654 (FJS/TWD)**

**Stipulation of Dismissal**

1. The parties having entered into a written agreement settling the claims raised in this action, the parties hereby stipulate that this action is dismissed, with prejudice.

2. No party to this action is an infant or an incompetent.

3. Each party shall bear its own attorneys' fees and costs.

December 23 2015

*Gary Bradshaw*
Gary L. Bradshaw

*Michael P. Daly*
Michael P. Daly, Esq.
Attorney for Plaintiff
8195 Cazenovia Rd
Manlius, NY 13104
mdaly@MichaelDalyLaw.com
(315) 471-3036

*Tara M Ellis*
Tara M. Ellis, Esq.
Seyfarth Shaw
Attorney for Prudential Insurance and V.I.P Structures
620 Eighth Avenue
New York, NY 10018
tellis@seyfarth.com
(212) 218-5510

**IT IS SO ORDERED:**

*[signature]*

Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated: January 4, 2016
Syracuse, NY